[No. 24259-1-II.  Division Two.  March 3, 2000.]

WESTSIDE BUSINESS PARK, L.L.C., *Respondent*, v. PIERCE COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07362-0, Arthur W. Verharen, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Armstrong, JJ. Now published at 100 Wn. App. 599.

[No. 24292-3-II.  Division Two.  March 3, 2000.]

TOM SAVOY, *Appellant*, v. DANY Y. TSE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-03318-6, Roger A. Bennett, J., entered January 6, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Hunt, JJ.

[No. 42095-0-I.  Division One.  March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL APODACA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08252-6, Brian D. Gain, J., entered January 20, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 42964-7-I.  Division One.  March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00037-2, Charles W. Mertel, J., entered June 22, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Webster, J.